UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONALD MOFFITT,

        Plaintiff,

v.

XPO LOGISTICS, INC.,

        Defendant.

Case No. 16-cv-06664-VC

**ORDER TO SHOW CAUSE**

Counsel for the plaintiff are ordered to show cause why they should not be sanctioned for failure to appear at the initial case management conference. Counsel must file a response to this Order by January 12, 2017.

**IT IS SO ORDERED.**

Dated: January 10, 2017

VINCE CHHABRIA
United States District Judge